

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
SARA HALLMARK
Trial Attorney
U.S. Department of Justice
Fraud Section
PO Box 386
Washington, DC 20044
(202) 514-2696
Sara.Hallmark2@usdoj.gov
*Attorney for the United States*

FILED
JUN 25 2024
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No  2:24-MJ- 558  -MDC |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO SEAL COMPLAINT** |
| GARY GERARD TOPOLEWSKI, | |
| Defendant. | **(Filed Under Seal)** |

The government respectfully moves this Honorable Court for an Order sealing the Complaint, this motion, and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, an order sealing the Complaint would be appropriate because the disclosure of the Complaint may alert the defendant of a pending arrest. Although the

defendant may be aware of the FBI investigation into his conduct, he is unlikely unaware of the extent of the investigation or of his imminent arrest. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint will give the defendant an opportunity to flee or continue flight from prosecution, or destroy or tamper with evidence.

Accordingly, there is reason to believe that notification of the existence of the complaint will seriously jeopardize the investigation and would likely place law enforcement at higher risk of confrontation when securing the arrest of the defendant.

DATED this 25th day of June, 2024.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney



_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

SARA HALLMARK
Trial Attorney
U.S. Department of Justice
Fraud Section

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FILED
JUN 25 2024
U.S. MAGISTRATE JUDGE
BY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:24-MJ- 558 -MDC |
| Plaintiff, | |
| v. | **ORDER ON GOVERNMENT'S MOTION TO SEAL COMPLAINT** |
| GARY GERARD TOPOLEWSKI, | |
| Defendant. | (Filed Under Seal) |

Based on the pending motion of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's motion, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 25th day of June, 2024.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE