# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY GERARD TOPOLEWSKI,<br><br>Defendant. | Case No. 2:24-mj-558-MDC<br><br>**ORDER ON GOVERNMENT'S MOTION TO UNSEAL COMPLAINT** |

Based on the pending motion of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's motion to seal the Complaint, and this Court's Sealing Order, in the above-captioned matter shall be unsealed.

DATED this 26th day of June, 2024.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE